IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| JAMES H. BENDYNA,<br><br>　　　　Petitioner,<br><br>vs.<br><br>WARDEN MICHAEL UNDERWOOD,<br><br>　　　　Respondent. | 3:23-cv-35<br><br>Hon. J. Nicholas Ranjan<br><br>Magistrate Judge Kezia O. L. Taylor |

## MEMORANDUM ORDER

This is a petition for writ of habeas corpus filed by James H. Bendyna pursuant to 28 U.S.C. § 2241. This matter was referred to Magistrate Judge Kezia O. L. Taylor for proceedings in accordance with the Magistrates Act, 28 U.S.C. § 636(b)(1), and the Local Rules of Court applicable to Magistrate Judges.

Currently before the Court is ECF 21, a Report & Recommendation filed by Judge Taylor on March 17, 2025, recommending that the Court deny ECF 4, Mr. Bendyna's Petition for Writ of Habeas Corpus. The parties were notified that, pursuant to 28 U.S.C. § 636(b)(1)(B) and (C), objections to the Report & Recommendation were due by April 3, 2025. No objections were filed.

Upon a clear-error review of the record of this matter and the Report and Recommendation, the Court finds no clear error on the face of the record, and therefore enters the following order.

AND NOW, this 22nd day of April, 2025, it is ORDERED that Mr. Bendyna's Petition for Writ of Habeas Corpus, ECF 4, is **DISMISSED AS MOOT**. The Report & Recommendation is adopted as the opinion of the Court.

BY THE COURT:

/s/ *J. Nicholas Ranjan*
United States District Judge